```
 1                IN THE UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF MARYLAND
 2                         NORTHERN DIVISION

 3


 4
        UNITED STATES OF AMERICA
 5
                v.                            CRIMINAL CASE NO.
 6                                              AMD-08-046
        TROY HENLEY,
 7
                Defendant
 8      _____/

 9

10                        VOLUME VI OF VI
                      Wednesday, August 27, 2008
11                       Baltimore, Maryland

12
        Before:  Honorable Andre M. Davis, Judge
13                      And a Jury

14


15      Appearances:

16            On Behalf of the Government:
               Michael C. Hanlon, Esquire
17             Steven Levin, Esquire

18            On Behalf of the Defendant:
               Stuart O. Simms, Esquire
19

20

21

22      Reported by:
        Mary M. Zajac, RPR
23      Room 5515, U.S. Courthouse
        101 West Lombard Street
24      Baltimore, Maryland 21201

25
```

1         (Jury starts deliberating at 9:30 a.m.)

2         (Proceedings at 2:14 p.m. with the defendant present,

3  but not the jury:)

4         THE COURT:  Counsel, we have a verdict.  The clerk is

5  handing you copies of the written communications which you

6  approved, that I sent into the jury earlier today.  And I want to

7  mention to you that Ms. Arrington noticed that at the end of the

8  day yesterday, that the case number on the verdict sheet was

9  incorrect.  And so what we did this morning is we simply re-did

10 the verdict sheet to correct the case number and sent those in

11 when the jury arrived this morning, when we sent in the exhibits.

12 So they should have a corrected verdict sheet with the correct

13 case number.

14         All right.  We'll have the jury, please.  Thank you.

15         I should also mention, there was one last note that

16 came out within the last five minutes or so.  The jury asked for

17 some sunshine.

18         (Jury enters the courtroom at 2:16 p.m.)

19         THE COURT:  Ladies and gentlemen of the jury, good

20 afternoon.  Thank you for your patience as we gather to receive

21 your verdict.  Madam Clerk, you may proceed.

22         THE CLERK:  Taking a verdict in Criminal Number

23 AMD-08-CR-046, United States of America versus Troy Henley.

24         Members of the jury, as I call the roll, will you

25 please answer to roll call?  Juror Number One?

```
 1              JUROR NO. 1:  Here.
 2              THE CLERK:  Juror Number Two?
 3              JUROR NO. 2:  Here.
 4              THE CLERK:  Juror Number Three?
 5              JUROR NO. 3:  Here.
 6              THE CLERK:  Juror Number Four?
 7              JUROR NO. 4:  Here.
 8              THE CLERK:  Juror Number Five?
 9              JUROR NO. 5:  Here.
10              THE CLERK:  Juror Number Six?
11              JUROR NO. 6:  Here.
12              THE CLERK:  Juror Number Seven?
13              JUROR NO. 7:  Here.
14              THE CLERK:  Juror Number Eight?
15              JUROR NO. 8:  Here.
16              THE CLERK:  Juror Number Nine?
17              JUROR NO. 9:  Here.
18              THE CLERK:  Juror Number Ten?
19              JUROR NO. 10:  Here.
20              THE CLERK:  Juror Number Eleven?
21              JUROR NO. 11:  Here.
22              THE CLERK:  And Juror Number 12?
23              JUROR NO. 12:  Here.
24              THE CLERK:  Members of the jury, have you agreed upon
25   your verdict?  Who shall say for you?  Mr. Foreman, will you
```

1  please rise?

2           Has the verdict form been signed and dated by you?

3           JUROR NO. 3:  Yes, it has.

4           THE CLERK:  It is desired to present to the Court.

5           Mr. Foreman, as I read the question, will you please

6  provide the answer?

7           How do you find the defendant, guilty or not guilty, of

8  the matters wherefore he stands indicted?  As to Count One?

9           THE FOREPERSON:  Guilty.

10          THE CLERK:  As to Count Two?

11          THE FOREPERSON:  Guilty.

12          THE CLERK:  As to Count Three?

13          THE FOREPERSON:  Guilty.

14          THE CLERK:  As to Count Four?

15          THE FOREPERSON:  Guilty.

16          THE CLERK:  As to Count Five?

17          THE FOREPERSON:  Guilty.

18          THE CLERK:  As to Count Six?

19          THE FOREPERSON:  Not guilty.

20          THE CLERK:  As to Count Seven?

21          THE FOREPERSON:  Not guilty.

22          THE CLERK:  Shall I poll the jury?

23          THE COURT:  Please.

24          THE CLERK:  Juror Number Three, Mr. Foreman, will you

25  please rise?

1            Having read the verdicts of the jury, are those your
2    verdicts as well?
3            JUROR NO. 3:  Yes.
4            THE CLERK:  Juror Number One, having heard the verdicts
5    of your foreman, are those your verdicts?
6            JUROR NO. 1:  Yes.
7            THE CLERK:  Juror Number Two, having heard the verdicts
8    of your foreman, foreperson, are those your verdicts?
9            JUROR NO. 2:  Yes.
10           THE CLERK:  Juror Number Four, having heard the
11   verdicts of your foreperson, are those your verdicts?
12           JUROR NO. 4:  Yes.
13           THE CLERK:  Juror Number Five, having heard the
14   verdicts of your foreperson, are those your verdicts?
15           JUROR NO. 5:  Yes.
16           THE CLERK:  Juror Number Six, having heard the verdicts
17   of your foreperson, are those your verdicts?
18           JUROR NO. 6:  Yes.
19           THE CLERK:  Juror Number Seven, having heard the
20   verdicts of your foreperson, are those your verdicts?
21           JUROR NO. 7:  Yes.
22           THE CLERK:  Juror Number Eight, having heard the
23   verdicts of your foreperson, are those your verdicts?
24           JUROR NO. 8:  Yes.
25           THE CLERK:  Juror Number Nine, having heard the

1   verdicts of your foreperson, are those your verdicts?

2   　　　　　JUROR NO. 9:  Yes.

3   　　　　　THE CLERK:  Juror Number Ten, having heard the verdicts

4   of your foreperson, are those your verdicts?

5   　　　　　JUROR NO. 10:  Yes.

6   　　　　　THE CLERK:  Juror Number Eleven, having heard the

7   verdicts of your foreperson, are those your verdicts?

8   　　　　　JUROR NO. 11:  Yes.

9   　　　　　THE CLERK:  Juror Number Twelve, having heard the

10  verdicts of your foreperson, are those your verdicts?

11  　　　　　JUROR NO. 12:  Yes.

12  　　　　　THE CLERK:  Members of the jury, hearken to the verdict

13  as the Court has recorded.  The verdict form and answers thereto,

14  the defendant, Troy Henley, is guilty on Counts One, Two, Three,

15  Four, Five, and not guilty on Counts Six and Seven, and so you do

16  swear?

17  　　　　　The verdict recorded.  So do you say all?

18  　　　　　THE JURORS:  Yes.

19  　　　　　THE CLERK:  Verdict recorded.

20  　　　　　THE COURT:  Thank you, Madam Clerk, and thank you, Mr.

21  Foreman, and ladies and gentlemen of the jury, for your very

22  conscientious and hard work in this case.

23  　　　　　I have said to you before, but let me reiterate, that

24  we know absolutely that jury service is never convenient, almost

25  always inconvenient.  But it is your availability as citizens

1    willing to do your civic responsibility that makes our system the
2    best possible system that it can be.
3             So the Court and the court staff, and I know the
4    parties and counsel, thank you very sincerely for your work in
5    this case.
6             Let me say just a couple more things and then you will
7    be excused.  First, as you think about your experience over the
8    next few days and weeks, if there's anything that comes to mind
9    that you would like to advise us of that might make jury service
10   for others in the future less inconvenient, more comfortable,
11   please don't hesitate to let us know.  You can send me a note,
12   you can send a note or an e-mail to Ms. Arrington.  We'd love to
13   hearing from you with any suggestions you might have.
14            I can assure you now that the case is over, you are
15   free to discuss the case in any way you wish.  No one associated
16   with the case will attempt to talk to you at all.  But you are
17   free to speak to anyone or not speak to anyone, as you choose.
18            What will happen now is that the Court will order a
19   Presentence Investigation Report and the sentencing of Mr. Henley
20   on your verdict will be scheduled for a couple of months away.
21   Mr. Simms, who was appointed by the Court to represent Mr. Henley
22   in this case, will no doubt continue to represent him at
23   sentencing.
24            And Mr. Henley has the right, of course, as does all
25   defendants in criminal cases, automatically to appeal his

1   conviction.  And the appellate court will review the record of
2   this proceeding to determine whether Mr. Henley received a fair
3   trial.  I certainly believe he received a fair trial, but that's
4   not my final decision to make.  The appellate court will make
5   that determination.
6        I thank you very much for your service.  We do have
7   certificates to commemorate your service as a juror in this case.
8   I think you did a wonderful job.  I watched you.  You were
9   attentive.  You complied with all of my instructions.  And the
10  Court deeply appreciates the service that you have rendered.
11       You can take your notes with you but you should remove
12  any property, of course, you have in the jury room at this time.
13       You are excused with our sincere thanks.  The jury's
14  excused.
15       Counsel, again, it was a pleasure having you appear
16  before the Court.  We will schedule a disposition in the matter.
17  Let me suggest, I would like to suggest Friday, November 14th, if
18  that's available to counsel.  Shall we say at noon?
19       MR. SIMMS:  Can it be, is any earlier possible, Your
20  Honor?  Eleven?
21       THE COURT:  I have something already scheduled for 11.
22  I could schedule it for 11:30, Mr. Simms, if that would work.
23       MR. SIMMS:  If that's convenient to the Court.
24       THE COURT:  Certainly.  11:30, Mr. Hanlon?
25       MR. HANLON:  11:30 is fine, Your Honor.  The only thing

1    I have at that time frame is the Mitchell case.  So if the
2    Court's available, so will I be.
3             THE COURT:  That's not one of the Fridays we'll be
4    sitting?
5             MR. HANLON:  That's correct.
6             THE COURT:  All right.  Disposition on Friday, November
7    14th, at 11:30.  The defendant will be detained pending
8    sentencing.
9             MR. SIMMS:  It's my understanding, and I've explained
10   to my client, Your Honor, that a Presentence Report is
11   automatically by rule prepared in advance of sentencing.
12            THE COURT:  That's exactly right.
13            MR. SIMMS:  He will have an opportunity to review that
14   report.  We will have an opportunity to provide comments with
15   respect to that report, both before it's final submission, as
16   well as at any sentencing proceeding this Court schedules.
17            THE COURT:  That's exactly right. And in fact, this
18   came up the other day.  There is a procedure in place, Mr. Simms,
19   which frankly escapes my memory now, but you should be, actually
20   I would ask you to contact the Probation Office, if not by the
21   end of today, sometime tomorrow, to arrange an interview of Mr.
22   Henley with you present, of course, because, as you know, as we
23   all know, given the circumstances in this district, the marshals
24   are certain to relocate Mr. Henley outside of this district.  I
25   shouldn't say certain, but are likely to relocate Mr. Henley to

1  free up a space in Supermax, where I assume he's been kept during
2  trial.
3              MR. SIMMS:  For a portion of the time.
4              THE COURT:  For a portion of the time.  So the
5  procedures seem to be that once a plea or a verdict is rendered,
6  the marshals will keep the defendant here for a few days, up to a
7  week or so, and then the defendant gets relocated outside of
8  Baltimore.  So it's important that Probation be contacted to
9  arrange the interview, the meeting for the Presentence
10 Investigation Report within the next few days.
11             I don't know whether, frankly, the holiday on Monday
12 makes it more important for you to contact probation in the next
13 48 hours or whether he may, Mr. Henley may stick around for a
14 little longer.
15             MR. SIMMS:  I'll contact them forthwith and see what we
16 can arrange.
17             THE COURT:  Great.  Thanks.  Thank you very much.
18 Thank you, counsel.  We're in recess.
19             (Conclusion of Proceedings at 2:25 p.m.)

REPORTER'S CERTIFICATE

I, Mary M. Zajac, do hereby certify that I recorded stenographically the proceedings in the matter of USA v. Troy Henley, Case Number(s) AMD-08-046, on August 27, 2008.

I further certify that the foregoing pages constitute the official transcript of proceedings as transcribed by me to the within matter in a complete and accurate manner.

In Witness Whereof, I have hereunto affixed my signature this _____ day of _____, 2008.

                              Mary M. Zajac,
                              Official Court Reporter